AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) PATEL, MARILYN H. | 2. Court or Organization Northern District California | 3. Date of Report 5/10/05 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Judge United States District Court | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial   X  Annual  ___ Final | 6. Reporting Period 12/31/04 |
|---|---|---|

| 7. Chambers or Office Address United States District Court P.O. Box 36060 San Francisco, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X   NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X   NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

RECEIVED 2005 MAY 16 A 11: 16 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| X   NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this

| | |
|---|---|
| 1 | |
| 2 | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 5/10/05 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | | DESCRIPTION |
|---|---|---|---|
| | NONE (No such reportable reimbursements.) | | |
| 1 | The U.S. Embassy -BSA-FAPAV-FPM-IACC | March 31-April 2, 2004 | Montecatini, Italy (Transportation & Lodging) |
| 2 | DOJ - Criminal Division/OPDAT | September 9 - 22, 2004 | Cairo, Egypt (Transportation and Lodging) |
| 3 | ABTL | October 20 -24, 2004 | Kohala Coast, Hawaii (Transportation & Lodging) |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| PATEL, MARILYN H. | 5/10/05 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, | | | | | | | | | |
| 1 | Agilent | | None | K | T | Buy | 12/7 | K | | |
| 2 | Amkor Techs Inc. | | None | K | T | | | | | |
| 3 | Amkor Techs Inc. | | None | K | T | Buy | 7/2 | K | | |
| 4 | Applied Micro Circuits | | None | J | T | | | | | |
| 5 | Arqule | | None | J | T | | | | | |
| 6 | Auspex | A | Dividend | J | T | | | | | |
| 7 | Avanex | | None | | | Sell | 12/20 | L | Loss | |
| 8 | Avaya | | None | K | T | Buy | 12/20 | K | | |
| 9 | Avigen | | None | J | T | | | | | |
| 10 | Banco Santander Chile | | None | L | T | Buy | 10/15 | L | | |
| 11 | Bancolumbia S.A. | | None | K | T | Buy | 10/15 | L | | |
| 12 | Bank of America | C | Dividend | L | T | | | | | |
| 13 | BEA Systems | | None | J | T | | | | | |
| 14 | Brazil Rep. Cap. | E | Interest | N | T | | | | | |
| 15 | Brazil Rep. Cap | E | *see below | | | | | | | |
| 16 | Broadcom Inc. | | None | | | Sell | 12/20 | K | D | |
| 17 | Brocade Communications | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 5/10/05 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from disclosure | B. Income during reporting period (1) Amt Code (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger redemption) | (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18  Broadwing Corp. | | None | J | T | Change of name** | 10/8 | J | None | |
| 19  Citrix Systems | | None | K | T | | | | | |
| 20  Conexant Systems | | None | J | T | | | | | |
| 21  Corning Inc. | | None | K | T | Buy | 12/7 | K | | |
| 22  Divine Inc. | | None | J | T | Buy | 3/1 | J | | |
| 23  8 x 8 Inc. | | None | | | Buy | 3/2 | K | | |
| 24  8 x 8 Inc. | | | | | Sold | 12/10 | K | B | |
| 25  Embraer Empresa Bras DDADS | | None | L | T | Buy | 12/20 | L | | |
| 26  Emulex | | None | K | T | | | | | |
| 27  Extreme Networks | | None | K | T | | | | | |
| 28  Finisar Corp. | | None | J | T | | | | | |
| 29  FleetBoston | B | Dividend | | | Buy | 8/28 | K | | |
| 30  FleetBoston | | | | | Sell | 10/29 | K | D | |
| 31  Fleet Capital | B | Interest | L | T | Buy | 8/31 | K | | |
| 32  Foundry Network | | None | J | T | | | | | |
| 33  Highmark California Tax Free | C | Dividend | N | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent, int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 Honeywell Int'l | | None | L | T | Buy | 12/17 | L | | |
| 35 Household Capital | C | Interest | M | T | Buy | 8/31 | L | | |
| 36 Idenix Pharmaceuticals | | None | L | T | Buy | 12/20 | L | | |
| 37 ***Informatica Corp. | | None | J | T | | | | | |
| 38 Infospace Inc. | | None | J | T | | | | | |
| 39 Innodata Isogen | | None | | | Sell | 11/15 | K | D | |
| 40 Interplay Entertainment | | None | J | T | | | | | |
| 41 Interwoven Inc. | | None | J | T | | | | | |
| 42 JP Morgan Chase | B | Dividend | K | T | | | | | |
| 43 Kookmin Bank | | None | L | T | Buy | 12/17 | L | | |
| 44 Kopin Corp. | | None | J | T | | | | | |
| 45 Lyondell Chemical | A | Dividend | | | Buy | 7/02 | K | | |
| 46 Lyondell Chemical | | | | | Sold | 10/15 | K | D | |
| 47 Mindspeed | | None | J | T | Buy | 2/2 | J | | |
| 48 National Semiconductor | | None | K | T | Buy | 7/2 | K | | |
| 49 Netopia | | | | | Buy | 3/2 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 50 Netopia | | | | | Sell | 10/25 | J | Loss | |
| 51 Nortel Networks | | None | J | T | Buy | 12/20 | J | | |
| 52 Nvidia | | None | K | T | Buy | 3/2 | K | | |
| 53 PeopleSoft Inc. | | None | K | T | | | | | |
| 54 Pfizer | | None | L | T | Buy | 12/17 | L | | |
| 55 Polaris Industries | | None | L | T | Buy | 12/17 | L | | |
| 56 Polo Ralph Lauren | | None | L | T | Buy | 12/17 | L | | |
| 57 Procom Tech. | | None | J | T | Sell | 12/03 | J | Loss | |
| 58 Procom Tech. | | None | J | T | Sell | 12/07 | J | Loss | |
| 59 Providian Financial | | None | L | T | | | | | |
| 60 RF Micro Devices | | None | J | T | | | | | |
| 61 Riverstone Networks | | None | J | T | Sell | 12/20 | J | Loss | |
| 62 RYL Bank Scotland | C | Dividend | M | T | Buy | 8/27 | M | | |
| 63 S. Placer w/7 | B | Interest | | | Buy | 3/16 | N | | |
| 64 S. Placer w/7 | | | | | Sold | 8/31 | N | None | |
| 65 Sandisk Corp. | | None | K | T | Buy | 10/15 | K | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 66 Schering Plough | A | Dividend | K | T | Buy | 10/15 | K | | |
| 67 Schlumberger Ltd. | | None | L | T | Buy | 12/20 | L | | |
| 68 Schwab, Charles Corp. | A | Dividend | K | T | | | | | |
| 69 Skyworks Solutions | A | Dividend | J | T | | | | | |
| 70 Sun Microsystems | | None | K | T | Buy | 12/17 | K | | |
| 71 Sycamore Networks | | None | J | T | | | | | |
| 72 Tibco Software Inc. | | None | J | T | Sell | 12/02 | K | D | |
| 73 Transmeta Corp. | | None | J | T | | | | | |
| 74 Triquint Semiconductor | | None | J | T | | | | | |
| 75 12 Tech Inc. | | None | J | T | | | | | |
| 76 Unibanco GDS | | None | L | T | Buy | 10/15 | L | | |
| 77 Unimproved Lot (See note in Section VIII) | | None | L | W | | | | | Part VIII, #3 |
| 78 Verity | | None | K | T | | | | | |
| 79 Vignette Corp. | | None | J | T | | | | | |
| 80 Vitria Tech. | | None | J | T | Sell | 11/30 | J | Loss | |
| 81 Wachovia Corp. | A | Dividend | | | Buy | 6/22 | L | | |
| 82 Wachovia Corp. | | | | | Sell | 12/20 | ME | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross Value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 83 Williams Co. Inc. | | None | K | T | Buy | 12/20 | K | | |
| 84 World Savings | A | Interest | K | T | | | | | |
| 85 Xilinx Inc. | A | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1. All assets are held ▮▮▮▮▮▮▮▮▮▮▮▮ unless otherwise noted.

2. Section VII (No. 15: *Brazil Rep. Cap. - Income is return on principal)

3. Section VII (No. 18: **Corvis Corporation reported on 2003 Amended report at No. 13 changed name to Broadwing Corporation. No financial transaction.

4. Section VII (No. 37: ***misspelled 2003 report)

5. Section VII (Investments and Trusts), No. 77: We have owned this lot since 1970. The value ascribed to it by the code reflects what appears to be values for other lots in the area that have gone on the market recently. It has not been appraised and the "current value" is only an approximation based on comparables.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.▮▮▮▮▮▮▮ §.501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Date _May 10, 2005_

NOTE: ANY IN▮▮▮▮▮▮▮▮▮▮NGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

## FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# AMENDED
# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

Rev. 1/2004

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization<br>Northern District California | 3. Date of Report<br>5/10/05 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>United States | 5.<br>___ Nomination, Date _____<br>___ Initial __X__ Annual ___ Final | 6. Reporting Period<br>1/1/04 to 12/31/04 |
|---|---|---|

| San Francisco, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br>Reviewing Officer _____ Date _____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X | NONE (No reportable positions.) |

**SELF INITIATED AMENDMENT**

FINANCIAL DISCLOSURE OFFICE
2005 MAY 18 A 9:09
RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X | NONE (No reportable agreements.) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| SOURCE AND TYPE | GROSS INCOME |
|---|---|

**A. Filer's Non-Investment Income**

| X | NONE (No reportable non-investment income.) |
|---|---|

|  | $ |
|---|---|
|  | $ |
|  | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 5/10/05 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | □ NONE (No such reportable reimbursements.) | |
| 1 | The U.S. Embassy -BSA-FAPAV-FPM-IACC | March 31-April 2, 2004 Montecatini, Italy (Transportation & Lodging) |
| 2 | DOJ - Criminal Division/OPDAT | September 9 – 22, 2004 Cairo, Egypt (Transportation and Lodging) |
| 3 | ABTL | October 20 -24, 2004 Kohala Coast, Hawaii (Transportation &Lodging) |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | X NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | X NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 5/10/05 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross Value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Agilent | | None | K | T | Buy | 12/7 | K | | |
| 2 Amkor Techs Inc. | | None | K | T | | | | | |
| 3 Amkor Techs Inc. | | None | K | T | Buy | 7/2 | K | | |
| 4 Applied Micro Circuits | | None | J | T | | | | | |
| 5 Arqule | | None | J | T | | | | | |
| 6 Auspex | A | Dividend | J | T | | | | | |
| 7 Avanex | | None | | | Sell | 12/20 | L | Loss | |
| 8 Avaya | | None | K | T | Buy | 12/20 | K | | |
| 9 Avigen | | None | J | T | | | | | |
| 10 Banco Santander Chile | | None | L | T | Buy | 10/15 | L | | |
| 11 Bancolumbia S.A. | | None | K | T | Buy | 10/15 | L | | |
| 12 Bank of America | C | Dividend | L | T | | | | | |
| 13 BEA Systems | | None | J | T | | | | | |
| 14 Brazil Rep. Cap. | E | Interest | N | T | | | | | |
| 15 Brazil Rep. Cap | E | | | | | | | | |
| 16 Broadcom Inc. | | None | | | Sell | 12/20 | K | D | |
| 17 Brocade Communications | | None | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type (e.g. div. rent, int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date<br>Month Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 | Broadwing Corp. | | None | J | T | | 10/8 | J | None | |
| 19 | Citrix Systems | | None | K | T | | | | | |
| 20 | Conexant Systems | | None | J | T | | | | | |
| 21 | Corning Inc. | | None | K | T | Buy | 12/7 | K | | |
| 22 | Divine Inc. | | None | J | T | Buy | 3/1 | J | | |
| 23 | 8 x 8 Inc. | | None | | | Buy | 3/2 | K | | |
| 24 | 8 x 8 Inc. | | | | | Sold | 12/10 | K | B | |
| 25 | Embraer Empresa Bras DDADS | | None | L | T | Buy | 12/20 | L | | |
| 26 | Emulex | | None | K | T | | | | | |
| 27 | Extreme Networks | | None | K | T | | | | | |
| 28 | Finisar Corp. | | None | J | T | | | | | |
| 29 | FleetBoston | B | Dividend | | | Buy | 8/28 | K | | |
| 30 | FleetBoston | | | | | Sell | 10/29 | K | D | |
| 31 | Fleet Capital | B | Interest | L | T | Buy | 8/31 | K | | |
| 32 | Foundry Network | | None | J | T | | | | | |
| 33 | Highmark California Tax Free | C | Dividend | N | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1; D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g. div., rent, int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month/Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 Honeywell Int'l | | None | L | T | Buy | 12/17 | L | | |
| 35 Household Capital | C | Interest | M | T | Buy | 8/31 | L | | |
| 36 Idenix Pharmaceuticals | | None | L | T | Buy | 12/20 | L | | |
| 37 ***Informatica Corp. | | None | J | T | | | | | |
| 38 Infospace Inc. | | None | J | T | | | | | |
| 39 Innodata Isogen | | None | | | Sell | 11/15 | K | D | |
| 40 Interplay Entertainment | | None | J | T | | | | | |
| 41 Interwoven Inc. | | None | J | T | | | | | |
| 42 JP Morgan Chase | B | Dividend | K | T | | | | | |
| 43 Kookmin Bank | | None | L | T | Buy | 12/17 | L | | |
| 44 Kopin Corp. | | None | J | T | | | | | |
| 45 Lyondell Chemical | A | Dividend | | | Buy | 7/02 | K | | |
| 46 Lyondell Chemical | | | | | Sold | 10/15 | K | D | |
| 47 Mindspeed | | None | J | T | Buy | 2/2 | J | | |
| 48 National Semiconductor | | None | K | T | Buy | 7/2 | K | | |
| 49 Netopia | | | | | Buy | 3/2 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of

spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross Value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | Not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 50 Netopia | | | | | Sell | 10/25 | J | Loss | |
| 51 Nortel Networks | | None | J | T | Buy | 12/20 | J | | |
| 52 Nvidia | | None | K | T | Buy | 3/2 | K | | |
| 53 PeopleSoft Inc. | | None | K | T | | | | | |
| 54 Pfizer | | None | L | T | Buy | 12/17 | L | | |
| 55 Polaris Industries | | None | L | T | Buy | 12/17 | L | | |
| 56 Polo Ralph Lauren | | None | L | T | Buy | 12/17 | L | | |
| 57 Procom Tech. | | None | J | T | Sell | 12/03 | J | Loss | |
| 58 Procom Tech. | | None | J | T | Sell | 12/07 | J | Loss | |
| 59 Providian Financial | | None | L | T | | | | | |
| 60 RF Micro Devices | | None | J | T | | | | | |
| 61 Riverstone Networks | | None | J | T | Sell | 12/20 | J | Loss | |
| 62 RYL Bank Scotland | C | Dividend | M | T | Buy | 8/27 | M | | |
| 63 S. Placer w/7 | B | Interest | | | Buy | 3/16 | N | | |
| 64 S. Placer w/7 | | | | | Sold | 8/31 | N | None | |
| 65 Sandisk Corp. | | None | K | T | Buy | 10/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 66 Schering Plough | A | Dividend | K | T | Buy | 10/15 | K | | |
| 67 Schlumberger Ltd. | | None | L | T | Buy | 12/20 | L | | |
| 68 Schwab, Charles Corp. | A | Dividend | K | T | | | | | |
| 69 Skyworks Solutions | A | Dividend | J | T | | | | | |
| 70 Sun Microsystems | | None | K | T | Buy | 12/17 | K | | |
| 71 Sycamore Networks | | None | J | T | | | | | |
| 72 Tibco Software Inc. | | None | J | T | Sell | 12/02 | K | D | |
| 73 Transmeta Corp. | | None | J | T | | | | | |
| 74 Triquint Semiconductor | | None | J | T | | | | | |
| 75 12 Tech Inc. | | None | J | T | | | | | |
| 76 Unibanco GDS | | None | L | T | Buy | 10/15 | L | | |
| 77 Unimproved Lot (See note in Section VIII) | | None | L | W | | | | | Part VIII, #3 |
| 78 Verity | | None | K | T | | | | | |
| 79 Vignette Corp. | | None | J | T | | | | | |
| 80 Vitria Tech. | | None | J | T | Sell | 11/30 | J | Loss | |
| 81 Wachovia Corp. | A | Dividend | | | Buy | 6/22 | L | | |
| 82 Wachovia Corp. | | | | | Sell | 12/20 | M | E | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | PATEL, MARILYN H. | 5/10/05 |

## VII. Page 6 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross Value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month Day | If not exempt from disclosure (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 83 Williams Co. Inc. | | None | K | T | Buy | 12/20 | K | | |
| 84 World Savings | A | Interest | K | T | | | | | |
| 85 Xilinx Inc. | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 ... E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1. All assets are held ▮▮▮▮▮▮▮▮▮▮▮ unless otherwise noted.

2. Section VII (No. 15: *Brazil Rep. Cap. - Income is return on principal)

3. Section VII (No. 18: **Corvis Corporation reported on 2003 Amended report at No. 13 changed name to Broadwing Corporation. No financial transaction.

4. Section VII (No. 37: ***misspelled 2003 report)

5. Section VII (Investments and Trusts), No. 77: We have owned this lot since 1970. The value ascribed to it by the code reflects what appears to be values for other lots in the area that have gone on the market recently. It has not been appraised and the "current value" is only an approximation based on comparables.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Date May 12, 2005

NOTE: ANY IN▮▮▮▮▮▮▮▮▮WINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544